

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**TERRY NAFISI**
District Court Executive and
Clerk of Court

August 14, 2015

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Superior Court of California
Stanley Mosk Courthouse
111 North Hill Street
Los Angeles, CA 90012

FILED
CLERK, U.S. DISTRICT COURT

AUG 24 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Re:  Case Number: 2:15-cv-04181-GW-FFM

Previously Superior Court Case No. BC580778

Case Name: The People of the State of California v. Wells Fargo and Company et al

Dear Sir / Madam:

Pursuant to this Court's ORDER OF REMAND issued on 08/13/2015, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U. S. District Court

By: L. Muraoka
    Deputy Clerk
    213-894-1532

☒ Western   ☐ Eastern   ☐ Southern Division

cc: Counsel of record

---

Receipt is acknowledged of the documents described herein.

Date: August 17, 2015

Clerk, Superior Court
By: _____
Deputy Clerk

CV - 103 (09/08)         LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)